14-cv-5804
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox

RECEIVED
JUL 2 8 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I. **Plaintiff(s):**

   A. Name: Randolph Holmes

   B. List all aliases: N/A

   C. Prisoner identification number: 2013206282

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Brandon Frederickson

      Title: Police

      Place of Employment: Lynwood IL police department

   B. Defendant: Kayvon Karimi

      Title: Police

      Place of Employment: Lynwood IL police department

   C. Defendant: Lynwood IL police department

      Title: _____

      Place of Employment: Lynwood police department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: N/A

    B.    Approximate date of filing lawsuit: N/A

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D.    List all defendants: N/A

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F.    Name of judge to whom case was assigned: N/A

    G.    Basic claim made: N/A

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I.    Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9/30/13 i was locked up for a warrant by officer Kejuan Katimi badge No. 171 and booker to maywood police department. When we get to the precient Mr. Katimi escort me to a room and hand cuff me to a bench as im sitting there why he doing inventory on my property another officer walks in by the name of Brandon Frederickson badge No. 193 he tells Mr. Katimi that there (Finger printer) machine is down so there are gonna have to take me to oak village to get finger printed for some reason Mr. Frederickson and i exchange a couple of words back and fourth cause he was being very disrespectful he uncuff me from

4

the bench and tell me place my hands behind my back as he cuff my hands behind my back he tells Mr. Karimi that he will escort me to the car why he finish up with writeing the report as we're walking out of the room he punches me in the face as my back hit the wall Mr. Karimi rush me slamming his elbow in to my neck makeing my head hit the wall Mr. Frederickson grabs me by the arm and proceeded to take me to the car. Once we get out side he takes me on side of the (police) truck and elbows me and my face making me collapse to the ground he stand over me punching me mutipul times in my face when Mr. Karimi finally comes out side and looks on side of the truck and relize whats going on he tells Mr. Frederickson that's enough mr Karimi picks me up slamming my head in to the truck

5

He wipes the blood off my face with my t-shirt and throws me in back of the truck, I ask them for medical attention they never respond. They take me to Sauk Village police department as we enter the precient I told the officer's I need medical attention as they see my face one of the officer go grab some towels and come back placing them on my face telling Mr. Kalini and Mr. Frederickson that he need medical attention when the ambulance finally arrived I was unconscious when I finally regain conscious the doctor told me I suffer from a concussion multiple wounds and a fracture vile in my nose. This incident also have been caught on tape.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Unnessary use of forces im asking for the Amount of 1.25 million also for my wounds and pain that was afflicted against me im asking for the Amount of 1.25 million im mentally and physically wounded from the action that took place by the Lynwood officers on September 30, 2013.

VI.   The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 ____

Randolph Holmes
(Signature of plaintiff or plaintiffs)

Randolph Holmes
(Print name)

2013-1200282
(I.D. Number)

P.O Box 089002 Chicago IL 60608
(Address)