**FILED**

JUL 28 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cat. 3

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** RANDOLPH HOLMES

**Defendant(s):** BRANDON FREDERICKSON, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Randolph Holmes
#2013-1206282
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

14cv5804
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** L. Insalaco    **Date:** 7/28/14