7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

JUL 28 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Randolph Holmes
_____Plaintiff_____

v.

Officer Brandon Frederickson
Officer Kayvon Karimi
Lynwood Police Department
_____Defendant(s)_____

14-cv-5804
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Randolph Holmes**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # **20131206282** Name of prison or jail: **Cook County Jail**
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: **N/A**
   Name and address of employer: **N/A**

   a. If the answer is "No":
      Date of last employment: **N/A**
      Monthly salary or wages: **N/A**
      Name and address of last employer: **N/A**

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: **N/A**
      Name and address of employer: **N/A**

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☑No
Amount _____N/A_____ Received by _____N/A_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☑No
Amount _____N/A_____ Received by _____N/A_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☑No
Amount _____N/A_____ Received by _____N/A_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☑No
Amount _____N/A_____ Received by _____N/A_____

f. ☐ Any other sources (state source: _____ ) ☐Yes ☑No
Amount _____N/A_____ Received by _____N/A_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts? ☐Yes ☑No Total amount: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments? ☐Yes ☑No
Property: _____N/A_____ Current Value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☑No
Address of property: _____N/A_____
Type of property: _____N/A_____ Current value: _____N/A_____
In whose name held: _____ Relationship to you: _____N/A_____
Amount of monthly mortgage or loan payments: _____N/A_____
Name of person making payments: _____N/A_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
☐Yes ☑No
Property: _____N/A_____
Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

8. List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☑No dependents

_____

_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____          _____
                                                                Signature of Applicant

                                                   _____
                                                                (Print Name)

------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.


### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Randolph Holmes I.D.# 2013-1206282, has the sum

of $ .12 on account to his/her credit at (name of institution Cook county department of corrections

. I further certify that the applicant has the following securities to his/her credit: 0 . I further

certify that during the past six months the applicant's average monthly deposit was $ 119.52 .

(Add all deposits from all sources and then **divide** by number of months).

___7/9/14___                          _____
       DATE                              SIGNATURE OF AUTHORIZED OFFICER

                                         _____Clw Davis_____
                                                  (Print name)

rev. 7/18/02

-3-

## Resident Funds Inquiry
**Current User Name: PROGSERV** Logout

ResId: 20131206282    [ Submit ]

Resident Id: **20131206282**
Resident Name: **HOLMES , RANDOLPH**
Date of Birth:
Location: **D91C -1 -1359**

**Account Activity:**          Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|------|------------------|-------------------------|--------|---------|-----|-------|
| 7/08/2014 | EPR | OID:101751949-ComisaryPurch-Reg | -30.19 | 0.12 | 0.00 | 0.12 |
| 7/02/2014 | DEPWU | 7743336154 07/01 | 30.00 | 30.31 | 0.00 | 30.31 |
| 7/02/2014 | DEPMG | VOID-7743336154 07/01 | -30.00 | 0.31 | 0.00 | 0.31 |
| 7/02/2014 | DEPMG | 7743336154 07/01 | 30.00 | 30.31 | 0.00 | 30.31 |
| 6/30/2014 | ERF | OID:101742708-ComisaryRefund-Reg | 0.29 | 0.31 | 0.00 | 0.31 |
| 6/24/2014 | EPR | OID:101742708-ComisaryPurch-Reg | -38.70 | 0.02 | 0.00 | 0.02 |
| 6/17/2014 | DEPWU | 6838315854 6/16 | 30.00 | 38.72 | 0.00 | 38.72 |
| 6/07/2014 | ERF | OID:101725643-ComisaryRefund-Reg | 2.71 | 8.72 | 0.00 | 8.72 |
| 6/07/2014 | ERF | OID:101725643-ComisaryRefund-Reg | 1.91 | 6.01 | 0.00 | 6.01 |
| 6/03/2014 | EPR | OID:101725643-ComisaryPurch-Reg | -99.36 | 4.10 | 0.00 | 4.10 |
| 6/02/2014 | DEPWU | 8654459804 5/31 | 50.00 | 103.46 | 0.00 | 103.46 |
| 5/20/2014 | EPR | OID:101716725-ComisaryPurch-Reg | -96.59 | 53.46 | 0.00 | 53.46 |
| 5/15/2014 | DEPWU | 9899267199 5/14 | 150.00 | 150.05 | 0.00 | 150.05 |
| 5/13/2014 | EPR | OID:101711236-ComisaryPurch-Reg | -0.16 | 0.05 | 0.00 | 0.05 |
| 5/06/2014 | EPR | OID:101705596-ComisaryPurch-Reg | -40.04 | 0.21 | 0.00 | 0.21 |
| 4/30/2014 | DEPWU | 5250707677 4/29 | 40.00 | 40.25 | 0.00 | 40.25 |
| 4/29/2014 | EPR | OID:101699717-ComisaryPurch-Reg | -23.18 | 0.25 | 0.00 | 0.25 |
| 4/22/2014 | EPR | OID:101694131-ComisaryPurch-Reg | -49.74 | 23.43 | 0.00 | 23.43 |
| 4/22/2014 | DEPWU | 8901958761 4/21 | 33.05 | 73.17 | 0.00 | 73.17 |
| 4/15/2014 | EPR | OID:101688548-ComisaryPurch-Reg | -40.27 | 40.12 | 0.00 | 40.12 |

| Date | Type | Description | | Amount | Balance | | Total |
|------|------|-------------|---|--------|---------|------|-------|
| 4/15/2014 | DEPWU | 9661813855 04/14 | 80.00 | 80.39 | 0.00 | 80.39 |
| 4/08/2014 | EPR | OID:101682874-ComisaryPurch-Reg | -5.83 | 0.39 | 0.00 | 0.39 |
| 4/01/2014 | EPR | OID:101676310-ComisaryPurch-Reg | -94.09 | 6.22 | 0.00 | 6.22 |
| 4/01/2014 | DEPMG | 61756489 3/31 | 100.00 | 100.31 | 0.00 | 100.31 |
| 3/04/2014 | EPR | OID:101654164-ComisaryPurch-Reg | -80.59 | 0.31 | 0.00 | 0.31 |
| 3/04/2014 | DEPMG | 21265065 3/3 | 30.00 | 80.90 | 0.00 | 80.90 |
| 3/04/2014 | DEPWU | 5929429100 03/03 | 50.00 | 50.90 | 0.00 | 50.90 |
| 2/18/2014 | EPR | OID:101642479-ComisaryPurch-Reg | -89.33 | 0.90 | 0.00 | 0.90 |
| 2/18/2014 | DEPWU | 9758361861 2/17 | 40.00 | 90.23 | 0.00 | 90.23 |
| 2/18/2014 | DEPMG | 61345894 02/15 | 50.00 | 50.23 | 0.00 | 50.23 |
| 2/04/2014 | EPR | OID:101633101-ComisaryPurch-Reg | -6.31 | 0.23 | 0.00 | 0.23 |
| 1/28/2014 | EPR | OID:101626585-ComisaryPurch-Reg | -35.46 | 6.54 | 0.00 | 6.54 |
| 1/28/2014 | DEPWU | 5166229915 1/26 | 34.05 | 42.00 | 0.00 | 42.00 |
| 1/22/2014 | ERF | OID:101615146-ComisaryRefund-Reg | 7.65 | 7.95 | 0.00 | 7.95 |
| 1/21/2014 | EPR | OID:101620814-ComisaryPurch-Reg | -6.55 | 0.30 | 0.00 | 0.30 |
| 1/14/2014 | EPR | OID:101615146-ComisaryPurch-Reg | -33.31 | 6.85 | 0.00 | 6.85 |
| 12/30/2013 | DEPMG | 87948783 12/28 | 40.00 | 40.16 | 0.00 | 40.16 |
| 12/27/2013 | EPR | OID:101603488-ComisaryPurch-Reg | -65.16 | 0.16 | 0.00 | 0.16 |
| 12/27/2013 | DEPWU | 6905983048 12/26 | 30.00 | 65.32 | 0.00 | 65.32 |
| 12/26/2013 | DEPWU | 2361378731 12/25 | 35.00 | 35.32 | 0.00 | 35.32 |
| 12/10/2013 | EPR | OID:101587858-ComisaryPurch-Reg | -27.82 | 0.32 | 0.00 | 0.32 |
| 12/09/2013 | DEPCHK | 172918 STATEVILLE CORR CENTER | 28.14 | 28.14 | 0.00 | 28.14 |