F I L E D

SEP 0 3 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To whom it may Concern:

I Randolph Holmes is writing you to inform you that, I've been released from Cook County Jail and resides at 19906 Park Ave. Lynwood IL. Apt 2N. 60411, and would like to know the status of my case please let me know the update.

thank you
Randolph Holmes
Have a Blessed Day!