U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of								Case Number: 14-cv-5804

Holmes v. Frederickson

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiff Randolph Holmes

| |
|---|
| NAME (Type or print) <br> John K. Kennedy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/John K. Kennedy |
| FIRM <br> JAMES D. MONTGOMERY & ASSOCIATES, LTD. |
| STREET ADDRESS <br> One North LaSalle Street, Suite 2450 |
| CITY/STATE/ZIP <br> Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6309407 | TELEPHONE NUMBER <br> (312) 977-0200 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL				APPOINTED COUNSEL |