IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Randolph Holmes,
        Plaintiff,

v.

Village of Lynwood, Brandon Frederickson, and Kayvon Karimi,
        Defendants.

No. 14-cv-5804
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox

JURY DEMANDED.

## FIRST AMENDED COMPLAINT

Plaintiff Randolph Holmes, by counsel JAMES D. MONTGOMERY & ASSOCIATES, LTD., alleges as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343 and § 1367.

2. Plaintiff Randolph Holmes is a resident of the Northern District of Illinois.

3. At all times mentioned herein, defendants Brandon Frederickson and Kayvon Farimi were police officers of the Village of Lynwood acting with color of law and within the scope of their employment. Plaintiff sues each officer in his individual capacity. Plaintiff additionally asserts state law claims against both officers for battery.

4. Defendant Village of Lynwood is an Illinois municipal corporation with its principal office in Cook County, Illinois. Plaintiff asserts a state law claim against the Village based on the doctrine of respondeat superior for battery. Plaintiff also joins the Village as the indemnitor of the individual officers on plaintiff's federal claims.

5. On September 20, 2013, while plaintiff was in custody at the Lynwood police

station, defendants Brandon Frederickson and Kayvon Karimi used excessive and unreasonable force against plaintiff in violation of plaintiff's Fourth Amendment rights.

6. In particular, defendant Frederickson shoved plaintiff into a door without legal justification. Defendant Frederickson then punched plaintiff multiple times without legal justification, causing plaintiff to fall unconscious and suffer a concussion and a broken nose.

7. Defendant Kayvon Karimi used excessive force by taking plaintiff to the ground without justification via a carotid-artery neck-takedown maneuver.

8. Defendant Karimi witnessed defendant Frederickson use excessive force against plaintiff, but, in violation of plaintiff's Fourth Amendment rights, failed to intervene to prevent plaintiff from being subjected to defendant Frederickson's unlawful use of force.

9. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in his favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and, additionally, for an award of punitive damages in an amount to be determined by the trier of fact against defendants Frederickson and Karimi.

By: **/s/ JAMES D. MONTGOMERY, JR.**
**JAMES D. MONTGOMERY, JR.**
**JOHN K. KENNEDY**
JAMES D. MONTGOMERY & ASSOCIATES, LTD.
One North LaSalle Street, Suite 2450
Chicago, IL 60602
(312) 977-0200