AMH/JEU IML.14439

**UNITED STATES DISTRICT COURT
FORTHE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RANDOLPH HOLMES

    Plaintiff

v.

VILLAGE OF LYNWOOD, BRANDON
FREDERICKSON and KAYVON KARIMI

    Defendants

Court No. 14-cv-5804

Judge Sara L. Ellis
Magistrate Judge Susan E. Cox

**MOTION TO EXTEND DISCOVERY DEADLINE AND
REFER THIS MATTER TO THE MAGISTRATE FOR PURPOSES OF
CONDUCTING A SETTLEMENT CONFERENCE**

    BRANDIN FREDERICKSEN, incorrectly sued as BRANDON FREDERICKSON, by his attorneys BEST, VANDERLAAN & HARRINGTON, brings the following Motion to Extend the Fact Discovery Deadline Previously set in this matter, and to Refer this matter to the Magistrate Judge for purposes of conducting a Settlement Conference. In support thereof, BRANDIN FREDERICKSEN states as follows:

1. This honorable Court entered an order on 12/4/14, stating that all fact discovery is to be closed in this matter on 5/1/15.

2. This order also set this matter for a case management conference on 4/22/15, by which date the most significant depositions are to be completed.

3. The parties have engaged in written discovery and have largely completed the same. Plaintiff has most recently answered Defendant Karimi's written discovery on or about 3/6/15.

4. On March 4, 2015, Attorney Alison Harrington contacted Plaintiff's counsel to discuss deposition dates for Plaintiff. At that time, Plaintiff's counsel advised that

he would be filing an amended complaint to include a malicious prosecution claim. It was also learned that Plaintiff was incarcerated in Cook County Jail recently on an unrelated matter on or about 2/27/15. Due to Plaintiff's incarceration, the Defendants need leave pursuant to FRCP 30(a)(2)(B) to complete Plaintiff's deposition.

5. In light of the above issue regarding Plaintiff's deposition and the fact that Plaintiff is seeking to amend his Complaint that could prompt the need for further discovery, Defendant Frederiksen respectfully asks that this Court grant an extension of time to complete fact discovery in this matter.

6. This is the first such motion that Defendant Fredericksen, or any party, has sought in this matter.

7. No prejudice will result toward any party if the Court is to grant this request. Additionally, in order that substantial justice occur in this matter, this additional time is required and has become necessary through no fault of Defendant Fredericksen's, or the other Defendants.

8. The Plaintiff's attorney has indicated he would not oppose an extension of time to complete fact discovery in this matter.

9. Furthermore, the parties have completed written discovery, Defendants believe that engaging in a settlement conference could potentially be worthwhile at this time.

10. In light of the same, Defendant Fredericksen asks this Honorable Court to refer this matter to the Magistrate Judge for purposes of scheduling and conducting a settlement conference.

WHEREFORE, for the reasons set forth above, BRANDIN FREDERICKSEN respectfully requests this Honorable Court enter an order as follows:

1. extending the fact discovery closure date to 9/1/15;

2. granting leave pursuant to FRCP 30(a)(2)(B) to take the deposition of Plaintiff while incarcerated; and

3. referring this matter to the Magistrate Judge for purposes of conducting a settlement conference.

Respectfully submitted,

**BRANDIN FREDERICKSEN**

By: ___/s/ Alison M. Harrington_____
One of his attorneys

Alison M. Harrington
**Best, Vanderlaan & Harrington**
400 E. Diehl Road
Suite 280
Naperville, IL  60563
(630) 752-8000
(630) 752-8763 (Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, **by operation of this Court's electronic filing system** to the attorney(s) of record at the address(es) and/or facsimile number(s) of record from 400 E. Diehl Road, Suite 280, Naperville, IL prior to 5:00 p.m. on March 16, 015.

_____/s/ Alison M. Harrington_____

3

Re:    Holmes v. Frederickson
       Court No.:    14-cv-5804
       BVH File:    IML.14439

## **ATTORNEY SERVICE LIST**

Brian Gainer
Johnson & Bell, Ltd.
33 West Monroe Street, Ste 2700
Chicago, IL  60603
(312) 372-0770/(312) 372-9818 (F)
Attorney for Defendant
Village of Lynwood

James D. Montgomery
James D. Montgomery & Associates
One North LaSalle Street
Suite 2450
Chicago, IL  60602
(312) 977-0200
Attorney for Plaintiff
Randolph Holmes

Patrick S. Wall
Peterson, Johnson & Murray
200 W. Adams St., Ste 2125
Chicago, IL  60606
(312) 782-7150/(312) 896-9318 (F)
Attorney for Defendant
Kayvon Karimi