## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Randolph Holmes,<br><br>    Plaintiff,<br><br>     v.<br><br>Village of Lynwood, et al.,<br><br>    Defendants. | No. 14-cv-5804<br>Judge Sara L. Ellis<br>Magistrate Judge Susan E. Cox |

## NOTICE OF FILING

To: Brian P. Gainer      Alison M. Harrington
   Monica Gutowski     Joseph E. Urani
   Johnson & Bell, Ltd.    Best, Vanderlaan & Harrington
   33 W. Monroe Street, Suite 2700 400 E. Diehl Road, Suite 280
   Chicago, IL 60603     Naperville, IL 60563

   Paul A. O'Grady
   Dominick L. Lanzito
   Patrick S. Wall
   Peterson Johnson & Murray Chicago, LLC
   200 W. Adams Street, Suite 2125
   Chicago, IL 60606

   PLEASE TAKE NOTICE that on April 13, 2015, we filed with the Clerk of the United States District Court of the Northern District of Illinois the **Second Amended Complaint**.

## CERTIFICATE OF SERVICE

   I hereby certify that on April 13, 2015, I electronically filed the foregoing notice with the Clerk of Court for the United States District Court of the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

          /s/ John K. Kennedy
          John K. Kennedy, Attorney