UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDOLPH HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 cv 5804 |
| | ) | |
| VILLAGE OF LYNWOOD, | ) | Judge Sara L. Ellis |
| BRANDIN FREDERICKSON and | ) | |
| KAYVON KARIMI, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   John J. Kennedy, James D. Montgomery & Associates, One North LaSalle Street, Suite 2450, Chicago, IL 60602

Michael J. Marovich, Hiskes, Dillner, O'Donnell, Marovich & Lapp, Ltd., 10759 W. 159th Street, Suite 201, Orland Park, IL 60467

PLEASE TAKE NOTICE that on **May 6, 2015** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Sara Ellis**, or any judge sitting in her stead, in the courtroom usually occupied by her in **Room 1403**, of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT VILLAGE OF LYNWWOOD'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT,** *INSTANTER*, a copy of which is attached hereto and served upon you.

                                                                     *s/Brian P. Gainer*
                                                                     One of the attorneys for Defendants

Brian P. Gainer
Monica Gutowski
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770

# CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      *s/Brian P. Gainer*
                                      One of the attorneys for Defendants

Brian P. Gainer
Monica Gutowski
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770