IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Randolph Holmes,<br>    Plaintiff,<br><br>    v.<br><br>Village of Lynwood, et al.,<br>    Defendants. | No. 14-cv-5804<br>Judge Sara L. Ellis<br>Magistrate Judge Susan E. Cox |

## MOTION OF PLAINTIFF RANDOLPH HOLMES TO VOLUNTARILY DISMISS DEFENDANT KAYVON KARIMI

Plaintiff Randolph Holmes, by counsel JAMES D. MONTGOMERY & ASSOCIATES, LTD., moves this Court pursuant to Fed. R. Civ. P. 41(a)(2) for voluntary dismissal of defendant Kayvon Karimi without prejudice. In support of this motion, plaintiff states as follows:

1. Plaintiff brought this federal civil-rights suit against defendants Village of Lynwood, Brandin Fredericksen, and Kayvon Karimi.

2. Plaintiff no longer wishes to proceed against defendant Kayvon Karimi.

3. Under Fed. R. Civ. P. 41(a)(2), a defendant who has already answered the complaint may be dismissed "at the plaintiff's request only by court order, on terms that the court considers proper."

4. Plaintiff seeks an order dismissing defendant Kayvon Karimi without prejudice, with each side to bear its own costs and attorney's fees as to plaintiff's claims against Karimi.

WHEREFORE, plaintiff respectfully asks this Court to enter an order

2

voluntarily dismissing defendant Kayvon Karimi without prejudice, with each side to bear its own fees and costs as to the dismissed claims.

        Respectfully submitted,

BY: /s/ John K. Kennedy
   **JAMES D. MONTGOMERY, JR.**
   **JOHN K. KENNEDY**
   JAMES D. MONTGOMERY & ASSOCIATES, LTD.
   One North LaSalle Street, Suite 2450
   Chicago, IL 60602
   (312) 977-0200
   Attorneys for Randolph Holmes