# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Randolph Holmes,<br>    Plaintiff,<br><br>    v.<br><br>Village of Lynwood, et al.,<br>    Defendants. | No. 14-cv-5804<br>Judge Sara L. Ellis<br>Magistrate Judge Susan E. Cox |

## MOTION OF DANIEL WATKINS TO WITHDRAW AS COUNSEL FOR PLAINTIFF RANDOLPH HOLMES

Daniel Watkins hereby moves for leave to withdraw as counsel for plaintiff Randolph Holmes. In support of this motion, movant states as follows:

1. I am an associate with the law firm of James D. Montgomery & Associates, Ltd. and have previously represented plaintiff in this matter.

2. Plaintiff has elected to retain James D. Montgomery, Jr. of Montgomery Law Firm LLC as his counsel, and terminate our services.

3. As such, I can no longer represent plaintiff and respectfully request to withdraw my appearance.

WHEREFORE, movant respectfully requests that this Court enter an order terminating him as counsel for plaintiff Randolph Holmes.

            Respectfully submitted,

BY: /s/ Daniel Watkins, II
    **DANIEL WATKINS, II**
    JAMES D. MONTGOMERY & ASSOCIATES, LTD.
    One North LaSalle Street, Suite 2450
    Chicago, IL 60602
    (312) 977-0200