AMH/JEU IML.14439

**UNITED STATES DISTRICT COURT
FORTHE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RANDOLPH HOLMES | |
| Plaintiff | Court No. 14-cv-5804 |
| v. | |
| VILLAGE OF LYNWOOD, BRANDON FREDERICKSON and KAYVON KARIMI | Judge Sara L. Ellis
Magistrate Judge Susan E. Cox |
| Defendants | |

### DEFENDAN'S MOTION TO CONTINUE THE SETTLEMENT CONFERENCE SET FOR 9/11/15

BRANDIN FREDERICKSEN, incorrectly sued as BRANDON FREDERICKSON, by his attorneys BEST, VANDERLAAN & HARRINGTON, brings the following Motion to Continue the Settlement Conference set in this matter. In support thereof, BRANDIN FREDERICKSEN states as follows:

1. Arguing in the alternative, Defendant's counsel has contacted Plaintiff's counsel in this regard and Plaintiff's counsel indicated he has no objection to proceeding with the conference as scheduled and having Sgt. Fredericksen available by telephone.

2. If the Court is not inclined to agree with this alternative, Defendant states further as follows:

3. On August 10, 2015, the parties in this matter were in Court and prepared to proceed with the settlement conference in this matter. Defendant Brandin Fredericksen was not required to be present at that original hearing, but was represented by counsel.

4. On the above referenced date, the Cook County Sheriff failed to execute the writ to have Plaintiff appear at the conference.

5. In light of the same, the settlement conference was continued for 9/11/15 at 9:30, and this Honorable Court stated in court that Sgt. Fredericksen should be present at this hearing.

6. The date of 9/11/15 was of course set in open court prior to counsel for Fredericksen having the chance to check with his availability.

7. Counsel for Fredericksen have since diligently been attempting to reach him to confirm attendance at the hearing, however, counsel have just been able to confirm with Sgt. Fredericksen on 9/1/15 that he will be out of state on a previously scheduled vacation and will not be available to be present at the hearing on 9/11/15.

8. The said vacation was already scheduled at the time that the hearing on 9/11/15 was scheduled.

9. In light of this development, Defendant Fredericksen respectfully requests that the settlement conference be rescheduled on a future date when he will be able to be present in court pursuant to the Court's request.

10. Counsel for Defendant Fredericksen immediately contacted the Court's judicial assistant to inform of this situation upon learning the same.

11. Counsel for Defendant Fredericksen also immediately contacted counsel for Plaintiff and co-defendant to inform them of the same.

12. Defendant does not file this motion in order that undue delay in this matter is caused, however due to the circumstances and in order that substantial justice is

obtained, and that the Court's request as to Sgt. Fredericksen's presence is followed, requests this relief from the court.

13. No prejudice will result toward any party if the Court is to grant this request and continue the conference in this matter to a mutually agreeable date.

14. In the alternative, if the parties agree that Defendant Fredericksen's personal attendance is not necessary at the conference, and believe the same can fruitfully proceed without further delay, counsel for Fredericksen are willing to proceed with the conference as scheduled if the Court is inclined to do so.

WHEREFORE, for the reasons set forth above, BRANDIN FREDERICKSEN respectfully requests this Honorable Court enter an order continuing the settlement conference to a future mutually agreeable date by all parties, or in the alternative to proceed with the conference as scheduled if the parties are agreeable to do so without the presence of Sgt. Fredericksen, and for any further relief the Court deems appropriate and just.

Respectfully submitted,

**BRANDIN FREDERICKSEN**

By: ___/s/ Alison M. Harrington_____
                              One of his attorneys

Alison M. Harrington
**Best, Vanderlaan & Harrington**
400 E. Diehl Road
Suite 280
Naperville, IL  60563
(630) 752-8000
(630) 752-8763 (Fax)

## **CERTIFICATE OF SERVICE**

      I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, **by operation of this Court's electronic filing system** to the attorney(s) of record at the address(es) and/or facsimile number(s) of record from 400 E. Diehl Road, Suite 280, Naperville, IL prior to 5:00 p.m. on September 3, 2015.

                                                                _____/s/ _Alison M. Harrington_____

Re:   Holmes v. Frederickson
       Court No.:   14-cv-5804
       BVH File:    IML.14439

**<u>ATTORNEY SERVICE LIST</u>**

Brian Gainer
Johnson & Bell, Ltd.
33 West Monroe Street, Ste 2700
Chicago, IL  60603
(312) 372-0770/(312) 372-9818 (F)
Attorney for Defendant
Village of Lynwood

James D. Montgomery
Montgomery Law Firm
221 N. LaSalle St., ste. 1414
Chicago, IL 60601
(312)880-1001
Attorney for Plaintiff
Randolph Holmes