## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Randolph Holmes

                         Plaintiff,

v.                                                     Case No.: 1:14–cv–05804
                                                          Honorable Sara L. Ellis

Brandon Frederickson, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Notice of Acceptance of Offer of Judgment [96], Judgment is entered in favor of Plaintiff, Randolph Holmes and against Defendants Brandin Frederickson and the Village of Lynwood in the total sum of Five hundred thousand and no/100 dollars ($500,000.00), inclusive of attorneys' fees and costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.