IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Randolph Holmes,
    Plaintiff,
v.

Village of Lynwood, et al.,
    Defendants.

No. 14-cv-5804
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox

## NOTICE OF MOTION

To:   Brian P. Gainer                          Alison M. Harrington
       Johnson & Bell, Ltd.                Best, Vanderlaan & Harrington
       33 W. Monroe Street, Suite 2700   400 E. Diehl Road, Suite 280
       Chicago, IL 60603                      Naperville, IL 60563

       James D. Montgomery
       James D. Montgomery & Associates, Ltd.
       1 N. LaSalle St., Suite 2450
       Chicago, IL 60602

       PLEASE TAKE NOTICE that on September 30, 2015, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sara L. Ellis in Courtroom 1403 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Motion to Adjudicate Attorney's Lien**, which was previously filed and served upon you.

## CERTIFICATE OF SERVICE

       I hereby certify that on September 23, 2015, I electronically filed the foregoing with the Clerk of Court for the United States District Court of the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Service to James D. Montgomery was accomplished through electronic mail by agreement.

                                                      /s/ James D. Montgomery, Jr.
                                                        James D. Montgomery, Jr., Attorney