# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Holmes v. Village of Lynwood      Case Number: 14-cv-5804

An appearance is hereby filed by the undersigned as attorney for:
Respondent/Lienholder James D. Montgomery & Associates, Ltd.

Attorney name (type or print):  John K. Kennedy

Firm:    James D. Montgomery & Associates, Ltd.

Street address:    1 N. LaSalle St., Suite 2450

City/State/Zip:    Chicago, IL  60602

Bar ID Number: 6309407                    Telephone Number:    (312) 977-0200
(See item 3  in instructions)

Email Address: jkennedy@jdmlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 23, 2015

Attorney signature:    S/ John K. Kennedy_____
                 (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015