UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDOLPH HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 14 cv 5804 |
| | ) | Judge Sara L. Ellis |
| VILLAGE OF LYNWOOD, | ) | |
| BRANDON FREDERICKSON and | ) | |
| KAYVON KARIMI, | ) | |
| | ) | |
| Defendants. | ) | |

**Withdrawal of Motion for Adjudication of Attorney's Lien**

Now comes the Plaintiff, Randolph Holmes, by and through his attorney James D. Montgomery, Jr. of Montgomery Law Firm LLC, and upon the agreement with the Respondent James D. Montgomery & Associates, Ltd., hereby withdraws his Motion to this Honorable Court to adjudicate the attorney's lien [Doc. 98] in the above-captioned matter.

.

                          Respectfully submitted,

                          /s/James D. Montgomery, Jr.
                            James D. Montgomery, Jr.
                            Attorney for the Plaintiff

James D. Montgomery, Jr.
Montgomery Law Firm, L.L.C.
221 North LaSalle Street, Suite 1414
Chicago, Illinois 60602
(312) 880-1001
Atty No. 6183323

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2015, the Withdrawal of Motion for Adjudication of Attorney's Lien was filed with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

                                              /s/ James D. Montgomery, Jr.
                                                 James D. Montgomery, Jr.