UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDOLPH HOLMES, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 14 cv 5804<br>) |
| VILLAGE OF LYNWOOD,<br>BRANDON FREDERICKSON and<br>KAYVON KARIMI, | ) Judge Sara L. Ellis<br>)<br>)<br>) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

WHEREAS, the Clerk of the United States District Court for the Northern District of Illinois is hereby authorized and empowered to satisfy the judgment of record;

WHEREAS, on September 23, 2015, judgment was entered for the Plaintiff, Randolph Holmes, and against the Defendants, the Village of Lynwood and Brandin Fredricksen, pursuant to an offer of judgment. The total amount of Plaintiffs' judgment against Defendants, Village of Lynwood and Brandin Fredricksen, was Five Hundred Thousand and NO/100 Dollars ($500,000.00).

I, James D. Montgomery, Jr., attorney for Randolph Holmes, Plaintiff, do hereby acknowledge, on behalf of Plaintiff, full satisfaction of the judgment against the defendants, Village of Lynwood and Brandin Fredricksen. I hereby acknowledge that the full judgment against the defendants, Village of Lynwood and Brandin Fredricksen, inclusive of fees and costs, has been paid by a check in the amount of Five Hundred Thousand and NO/100 Dollars ($500,000.00), made payable to Randolph Holmes, Montgomery Law Firm, LLC, and James D. Montgomery & Associates, Ltd.

I, James D. Montgomery, Jr., am aware of an attorneys' lien served by James D. Montgomery & Associates, Ltd., and I represent that this is the only lien against any moneys

1

received by myself and by Plaintiff, Randolph Holmes, including Medicare, Medicaid, or Social Security Disability Insurance liens, of which I am aware.

I do hereby affirm that the above Plaintiff, Randolph Holmes, is still the owner of the judgment; that I have the authority of Plaintiff to execute the foregoing satisfaction; that the Plaintiff is still in being, *sui juris*; and, since the entry of the judgment, no petition in bankruptcy has been filed to have him adjudicated bankrupt, nor has any receiver been appointed affecting his property or assets.

DATE: 9/30/2015

James D. Montgomery, Jr.
Montgomery Law Firm, LLC
221 N. LaSalle Street
Suite 1414
Chicago, Illinois 60601